**FILED**

APR ◌ ◌ 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. )
) 2:11-CR-369-PMP (RJJ)
KATHLEEN TINAGLIA, )
)
       Defendant. )

## ORDER OF FORFEITURE

This Court found on December 27, 2011, that KATHLEEN TINAGLIA shall pay a criminal forfeiture money judgment of $91,275.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Docket #10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KATHLEEN TINAGLIA a criminal forfeiture money judgment in the amount of $91,275.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE