```
1  MICHAEL I. GOWDEY, ESQ.
   LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
2  Nevada Bar # 6994
   815 S. Casino Center Blvd.
3  Las Vegas, NV 89101
   (702) 471-0321
4
   Attorney for Defendant
5  KATHLEEN TINAGLIA
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00369-PMP-RJJ |
| Plaintiff, | MOTION FOR RETURN OF PASSPORT BY PRETRIAL SERVICES |
| vs. | |
| KATHLEEN TINAGLIA, | |
| Defendant | |

COMES NOW DEFENDANT, KATHLEEN TINAGLIA, by and through her counsel of record, MICHAEL I. GOWDEY, ESQ., and hereby makes motion upon this Court for return of her passport. This motion is based upon the pleadings and papers on file herein, as well as the court file in this matter.

On December 27, 2011, the Defendant made her Initial Appearance in the above-encaptioned matter. She was ordered released on a Personal Recognizance bond, with surrender of her U.S. passport a condition of her pretrial release. On April 9, 2012, Defendant was sentenced to Credit for Time Served with 5 years Supervised Release. Defendant has asked Federal Pretrial Services for return of her passport. She has been told the return of her passport can only be effectuated by Order of this Court. Defendant now seeks an Order to Return Passport, so that she might travel as approved by Federal Parole and Probation.

-1-  LAW OFFICES OF MICHAEL I. GOWDEY
     NEVADA BAR NO. 6994
     815 S. CASINO CENTER BLVD.

1   Defendant respectfully asks this Court to order Pretrial Services to return her
2   passport to her.

Respectfully Submitted:

Dated: May 30, 2012

_____
MICHAEL I. GOWDEY, ESQ.
Attorney for Defendant
KATHLEEN TINAGLIA

LAW OFFICES OF MICHAEL I. GOWDEY
NEVADA BAR NO. 6994
815 S. CASINO CENTER BLVD.

```
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


UNITED STATES OF AMERICA,          ) Case No.: 2:11-cr-00369-PMP-RJJ
                                   )
            Plaintiff,             ) FINDINGS OF FACT, CONCLUSIONS OF LAW
                                   ) AND ORDER
     vs.                           )
                                   )
KATHLEEN TINAGLIA,                 )
                                   )
            Defendant              )
_____)
```

**FINDINGS OF FACT**

Based on the pending Motion of the Defendant, it is found that good cause exists to order Federal Pretrial Services to return the Defendant's passport to her.

ORDER

IT IS ORDERED that Federal Pretrial Services is to return the passport of Defendant KATHLEEN TINAGLIA to Defendant as soon as is reasonably practicable.

DATED this _20th day of June, 2012.

_____
HONORABLE PHILIP M. PRO
United States District Judge